1  Your name: Menizar Devletian
2  Address: 831 S. Winchester Blvd.
3  San Jose, CA 95128
4  Phone Number: (408) 313-1419
5  E-mail Address: _____
6  Pro Se

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David Johnson | Case Number: 4:14-cv-04337-DMR |
| Plaintiff(s), | [PROPOSED] ORDER GRANTING MOTION |
| vs. | FOR AN EXTENSION OF TIME TO FILE |
| Menizar Devletian | AN ANSWER |
| Defendant(s). | |

Defendant's answer must be filed by February 27, 2015.

The Court has considered *[write "Plaintiff's" or "Defendant's"]* Defendant's *[title of motion]* Motion for an Extension of Time to File an Answer and the accompanying Declaration(s) of *[names]* Menizar Devletian

Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

Date: November 26, 2014    *[Judge's signature]* _____

*[Judge's name]*: Donna M. Ryu, United States District/Magistrate Judge

[Stamp: IT IS SO ORDERED / Donna M. Ryu / United States District Court, Northern District of California]

[PROPOSED] ORDER GRANTING MOTION, CASE NO. 4:14-cv-04337-DM [JDC TEMPLATE]

rev: 6/2013